IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SOHAIL ISSA,                            *

    Petitioner,                    *

vs.                                     *
                                     CASE NO. 4:11-CV-19 (CDL)
ERIC HOLDER, FELICIA SKINNER,           *
and MICHAEL SWINTON,
                                    *
    Respondents
                                    *

ORDER ON REPORT AND RECOMMENDATION
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 11, 2011 is hereby approved, adopted, and made the Order of the Court. The Court further finds that Petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, to the extent Petitioner seeks a Certificate of Appealability that application is DENIED.

The Court does observe that Petitioner's detention cannot continue indefinitely. If he is not deported within six months of today's order, he may be entitled to the relief that he seeks in his current petition.

IT IS SO ORDERED, this 2nd day of May, 2011.

                                s/Clay D. Land
                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE